IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY BEATTIE,

    Plaintiff,

  v.

STANLEY CORRECTIONAL
INSTITUTION,

    Defendant.

Case No. 21-cv-85-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

March 1, 2022
Date